Illinois National Casualty Company, appellant, v. Fred Ollech et al., appellees. Gen. No. 8,774.

Opinion filed October 10, 1934.
Roger E. Chapin, for appellant. John G. Friedmeyer and Herman H. Cohn, for appellees.
Mr. Justice Fulton delivered the opinion of the court.

James Robert Cotton, by Alva Cotton, his next friend, appellee, v. Esther Balsley, appellant. Gen. No. 8,794.

Opinion filed October 10, 1934.
Meeks & Lowenstein and Rearick & Rearick, for appellant. J. R. Dean, for appellee.
Mr. Justice Fulton delivered the opinion of the court.

Leonard Johnson, appellee, v. Estate of Harry Ray, deceased, appellant. Gen. No. 8,814.

Opinion filed October 10, 1934.
Dyer & Dyer, for appellant. Miles S. Odle, for appellee.
Mr. Justice Fulton delivered the opinion of the court.